APPEAL NO. 01-15-00425-CR

IN THE

FIRST DISTRICT COURT OF APPEALS

AT HOUSTON, TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 1 2015

CHRISTOPHER A. PRINE
CLERK

JOSEPH LEE FREITAS
APPELLANT

v.

THE STATE OF TEXAS
APPELLEE

APPEAL OF CAUSE NUMBER 1409543 FROM
THE JUDICIAL DISTRICT COURT OF HARRIS COUNTY

## FIRST MOTION FOR EXTENSION OF THE TIME TO FILE APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANDER'S

TO THE HONORABLE JUSTICE OF THE COURT OF APPEALS:

Comes now Joseph Lee Freitas, Appellant pro se, and respectfully moves the court to extend the deadline for filling his brief by sixty days. In support Appellant would show the following: That not only did appellant recieve the motion to proceed in form of ander's on November 14, 2015. Appellant is at no position right now to do any reserch on his behalf. Because of the program in I.P.C. he is currently in, but will be done with it in two more weeks. Therefore, at that time of completion appellant can go and rexearch and prepare a state brief on his behalf.

## I.

On 4-30-15 the jury (or judge) found Appellant guilty of aggravated robbery with a deadly weapon. The jury (or judge) assessed punishment at _____ years imprisonment in the Texas Department of Criminal Justice

## II.

On November 3, 2015, Appellant received notice by mail that his appeal attorney filed on _Anders_ brief on his behalf and notice that Appellant had a right to file a pro se brief or response to the Anders brief.

## III.

On November 14, 2015, the appellate record was first made available to Appellate. The deadline for filing Appellant's brief or response is December 3, 2015.

## IV.

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: That not only did appellant recieve the motion to proceed in form of Anders on November 14, 2015. Appellant is at no position right now to do any reserch on his behalf. Because of the program in T.D.C. he is currently in, but will be done with it in two more weeks. Therefore, at that time of completion appellate can go and research and prepare a state brief on his behalf. The situation right now is appellate can not go to the Law Library period then alone has limited knowledge to put brief together.

## V.

For the reasons stated above, Appellant respectfully request an additional

sixty days to complete the pro se brief or response in support of Appellant's Appeal.

## VI.

Appellant prays that the Court grant this motion and extend the time to file Appellants' pro se brief or response by sixty days, extending the deadline to February 14, 2016.

Respectfully Submitted
Joseph Lee Freitas
Appellant, Pro Se

Joseph Lee Freitas #1997314
Ellis Unit
1697 FM 980
Huntsville, Texas
77343

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2005, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the state by U.S. First class mail addressed to First District Court of Appeals, at Houston.

Joseph Lee Freitas
Appellant, pro se

I, Joseph Lee Freitas, TDCJ# 1997314, being presently incarcerated in the Ellis unit of the Texas Department of Criminal Justice · Institutional Division in Walker County, Texas, verify and declare under penalty of perjury that the foregoing statements are true, and correct. Executed on this the 27 day of November, 2005

Appellant Pro Se
Joseph Lee Freitas TDCJ#
1997314

HONORABLE
JUDGE, 177TH DISTRICT COURT
JUDICIAL DISTRICT
HARRES COUNTY, TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC -1 2015
CHRISTOPHER A. PRINE
CLERK

RE: COURT OF APPEALS NUMBER: 01-15-00425-CR
TRIAL COURT CASE NUMBER: 1409543

DEAR JUDGE

I recieved notice that my appellate attorney filed an Anders brief and was allowed by this court to withdraw from my appeal. I am enclosing a copy of my letter to the Court of Appeals notifying them that, I wish to file a pro se brief or response.

By this letter, I am requesting the appellate record be made avialable to me so that I may prepare a pro se brief or response to the Anders brief.

I request that the record (or copy) be sent TDCJ-ID so that, I may use the writ room on my unit. If the District Clerk's copy is sent I will see that it returned. IF this cannot be arraned, I request that I be bench warrated back to the county and allowed access to the appellate to the appellate record and a Law Library.

Respectfully, Joseph Lee Freitas
Appellant, Pro Se

Joseph Lee Freitas #1997314
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Joseph Freitas #1997314
Ellis Unit
1497 FM 980
Huntsville TX
77343

Legal mail

7700220 6699

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
DEC - 1 2015
CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773
30 NOV 2015 PM 7 L

First district court of Appeals
301 Fannin st
Houston, TX